

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00299-CR

## EX PARTE DARRYL DEWAYNE WILLIAMS

**From the 54th District Court
McLennan County, Texas
Trial Court No.**

## MEMORANDUM OPINION

In this original proceeding, Darryl Dewayne Williams seeks pretrial habeas corpus relief for the trial court's alleged failure to return an order to Williams on his pro se motion to withdraw counsel.[1]

The courts of appeals do not have original habeas corpus jurisdiction in criminal law matters. *Ex parte Price*, 228 S.W.3d 885, 886 (Tex. App.—Waco 2007, orig. proceeding); *Ex parte Hearon*, 3 S.W.3d 650 (Tex. App.—Waco 1999, orig. proceeding). Accordingly, we dismiss Williams's pretrial application for writ of habeas corpus for lack of jurisdiction.

---

[1] The petition has numerous procedural deficiencies. *See* TEX. R. APP. P. 52. To expedite our disposition of this proceeding, we implement Rule 2 and suspend Rule 52's procedural requirements. *Id.* 2.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition dismissed
Opinion delivered and filed August 30, 2012
Do not publish
[OT06]